UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JAN 31 2019
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CAUSE NO. 1:19-cr-29-JRS-DML
)
JSHAUN TRICE, ) -01
)
Defendant. )

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The potential penalties are as follows:

| Count(s) | Statute | Years of Imprisonment | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) and 846 Conspiracy to Distribute Controlled Substances | 10 - Life | Up to $10,000,000 | NLT 5 years |
| 2 & 6 | 21 U.S.C. §§ 841 41(a)(1),(b)(1)(B)(viii) Distribution of Controlled Substances | 5 – 40 | Up to $5,000,000 | NLT 4 years |
| 3, 4, 5, 7, & 8 | 21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii) Distribution of Controlled Substances | 10 - Life | Up to $10,000,000 | NLT 5 years |
| 9 - 10 | 21 U.S.C. §§ 841(a)(1),(b)(1)(B)(viii) Possession with the Intent to Distribute of Controlled Substances | 10 - Life | Up to $10,000,000 | NLT 5 years |

Dated: _____    _____
JSHAUN TRICE
Defendant